April 25, 2008

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No. 08-142

In Regard to the Matter of:

Bayside State Prison              Opinion and Report
Litigation                             Of the
                                   Special Master

LESLIE KNORDLE,
        -vs-
WILLIAM H. FAUVER, et al,
        Defendants.

\*   \*   \*   \*

FRIDAY, APRIL 25, 2008

\*   \*   \*   \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

1

2          Transcript of proceedings in the above

3    matter taken by Theresa O. Mastroianni, Certified

4    Court Reporter, license number 30X100085700, and

5    Notary Public of the State of New Jersey at the

6    United States District Court House, One Gerry Plaza,

7    Camden, New Jersey, 08102, commencing at 9:30 AM.

8

9

10

11

12

13

14

15

16

17

18

19

20             MASTROIANNI & FORMAROLI, INC.
          Certified Court Reporting & Videoconferencing
21             251 South White Horse Pike
               Audubon, New Jersey 08106
22                  856-546-1100

23

24

25

```
 1    A P P E A R A N C E S:
 2
 3         LOUGHRY & LINDSAY, ESQUIRES
           BY:  LAWRENCE W. LINDSAY, ESQUIRE
 4         330 MARKET STREET
           CAMDEN, NEW JERSEY 08102
 5         856-968-9201
           ATTORNEYS FOR THE PLAINTIFFS
 6
 7
           ROSELLI & GRIEGEL, PC
 8         BY:  MARK ROSELLI, ESQUIRE
                - and -
 9         BY:  KENNETH W. LOZIER, ESQUIRE
           1337 STATE HIGHWAY 33
10         HAMILTON SQUARE, NEW JERSEY  08690
           609-586-2257
11         ATTORNEYS FOR THE DEFENDANTS
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1    JUDGE BISSELL: The Special Master at
2  this time is opening matters for a bench decision.
3  The following constitutes the Special Master's
4  determination regarding the complaint of Leslie
5  Knordle, docket number 08-142.
6              This opinion/report is being issued
7  pursuant to the directives of the Order of Reference
8  to a Special Master and the Special Master's
9  Agreement and the guiding principles of law which
10 underlie this decision to be applied to the facts
11 upon which it is based as set forth in the jury
12 instructions in the Walker and Mejias jury charges to
13 the extent applicable to the allegations of Mr.
14 Knordle's case.
15             As finalized after review under Local
16 Civil Rule 52.1, the transcript of this oral opinion
17 will constitute the written report required by
18 paragraph seven of the Order of Reference to a
19 Special Master.
20             At the time the lockdown began, Leslie
21 Knordle was a resident of E Unit. On July 31st,
22 1997, E Unit was taken to the gym so that officers
23 could search that unit. Leslie Knordle was marched
24 in line on the way to the gym and he describes the
25

1   events of that trip in part at least.  At pages 167

2   and 168 of the transcript of proceedings on February

3   15th, 2008.

4              As he describes it, the next morning,

5   and that's July 31st, the SOG unit came through the E

6   Unit and let's say had us come out of our cells to

7   escort us to the gym.  While escorting us to the gym

8   one officer had me with the PR-24 in like a chicken

9   wing behind my back.  Even though we were handcuffed,

10  he tells me look at this other officer and tell him

11  you're sorry.  I go to look at the other officer to

12  my right.  He comes across my face with another PR-24

13  also.  At that time, right, I didn't see his face or

14  anything like that.  At that time the officer that

15  had me in the chicken wing that was escorting me over

16  there, right, picked me up off the ground because I

17  had dropped from the hit and picked me up and started

18  calling me all kind of derogatory names and so on and

19  so forth to the gym.

20             There is a further discussion of that

21  incident at pages 173 through 181.  I'm not going to

22  quote it all, but beginning at page 173:  When you

23  were first taken out of E Unit were you given any

24  instructions as to what you should do when walking

25  through the gauntlet?

1           Answer:  Keep your head pointed
2    downwards and towards the ground.
3           Now, as you were walking through the
4    gauntlet, the SOGs that were on both sides, what, if
5    anything, were they doing?
6           Answer:  Saying whatever they felt like
7    saying to you.  Trying to antagonize you.  I believe
8    they was trying to intimidate you to get you to make
9    a move so they could do whatever they wanted to do to
10   you.
11          Skipping a bit to page 175:  At some
12   point you mentioned something about being told to say
13   something to another officer.  Let's go through that
14   again.
15          Answer:  Officer to my left in the
16   gauntlet, right, told me to look off to the officer
17   to the right and tell him I'm sorry.  The officer
18   that had me in the PR-24 with the chicken wing turned
19   my body this way because he had control of it.
20   Turned it to the right.  And as I did that the
21   officer that was standing right there in the
22   gauntlet -- from the gauntlet came across my face.  I
23   dropped.
24          Further questioning at page 176:  And
25   where did he hit you with the baton?

1           Answer:  Across the eye.

2           Skipping some intervening testimony to

3  the bottom of page 177:  As a result of being struck

4  with the PR-24 just to the outside of your left eye,

5  what, if anything, happened to that area where you

6  were hit?

7           Answer:  It was busted open.

8           Bleeding?

9           Yes, it was.

10          Indicated he still had scarring in that

11  area and I noted the presence of such a scar while he

12  testified here before me.

13          He also testified to one other incident

14  occurring in the gym to him and that testimony

15  appears at page 168 as follows:  As we were sitting

16  up in the gym, we were told to sit in this position

17  for a certain amount of time and it was a position

18  that was very, very uncomfortable and if you moved,

19  you know, they told you if you moved something was

20  going to happen to you.  I moved a couple of times

21  because, like I said, it was a very strenuous

22  position.  And they came across my neck a couple of

23  times, two or three times.  I believe it was three

24  times I got hit across the back of my neck.

25          I find that as far as the second

April 25, 2008

Page 8

1    incident in the gym is concerned that that is not

2    actionable conduct.  He disobeyed a standing and

3    well-known order to remain perfectly still.  I find,

4    frankly, that the use of a baton under these

5    circumstances and to that rather modest amount is not

6    actionable.  He was disobeying an order and some

7    acceptable level of corporal response is and was

8    appropriate.

9                There was also some testimony about a

10   shower incident in this matter.  As I recall it, I

11   don't find that actionable either.

12               However, with regard to the events in

13   the line or gauntlet on the way to the gym, I find

14   that that does constitute the use of excessive force

15   without any valid penalogical purpose in a sadistic

16   fashion.  And I'm paraphrasing to some extent the

17   recitation of the standards of Eighth Amendment

18   actions as set forth in the jury instructions which,

19   as I said, are already incorporated here.

20               What we had in this situation literally

21   was setting this guy up.  The guards were playing

22   with him.  He's under the control of a guard in line,

23   the guard on the left side of the line says turn to

24   the man across from you and apologize to him.  And

25   not only -- he doesn't even do it voluntarily, but

1    he's twisted in that direction by the guard who has
2    him under control.  And then the man on the right
3    side of the line basically says, hey, you violated an
4    order, you're supposed to look forward and keep your
5    head down and belts him across the face.
6                I find that that is credible testimony,
7    I find nothing in the evidence here to indicate that
8    that did not happen.  Some of the other testimony
9    I've heard here from time to time about incessant
10   beatings, 20, 30, 40, 50 blows or something like
11   that, frankly, is not credible for a number of
12   reasons and I've dealt with it from time to time in
13   the past.  However, here this type of rather quick,
14   but painful and completely unjustifiable incident
15   has, indeed, a ring of truth to it, particularly when
16   we're considering it's July 31st, only a day after
17   the murder of Officer Baker.
18                I want to revisit the shower incident
19   just briefly.  His testimony about that was that he
20   was placed into a shower, turned the water on, all he
21   got was scalding water which burned his legs.
22                The evidence as I've analyzed it does
23   not indicate any intentional infliction of pain.  At
24   most, this would be considered some sort of
25   negligence, if you will, on behalf of the officer

1    in not getting him out of there quickly enough.

2    More likely basically just an accident.  I have no

3    reason to believe, for instance, that this was any

4    use of an implement of torture.

5               Now, the injury inflicted in the

6    assault was not particularly serious or long-lasting.

7    It left a minor residual scar.  There was minor

8    bleeding which stopped rather promptly.

9    Nevertheless, the injuries, though modest are

10   certainly recoverable.  Thus, I find and will

11   recommend the award of a compensatory damages of 35

12   hundred dollars.  I do not find the basis for

13   punitive damages and I will elaborate upon that at

14   this time.

15              To reiterate, the act of manipulating

16   Mr. Knordle in this manner in order that he could be

17   struck, allegedly, for disobeying an order when, in

18   fact, that was far from the case, and striking of him

19   under the circumstances goes well beyond the

20   necessity of any proper law enforcement needs or any

21   proper exercise of discipline or any other legitimate

22   penalogical purpose as well defined in the jury

23   instructions which I've incorporated here.  It was

24   indeed excessive, unnecessary and sadistic force

25   imposed upon Mr. Knordle within the comtemplation of

1   those legal principles. However, in light of the

2   fact that the striking of Mr. Knordle was not

3   prolonged or repeated, while actionable for recovery

4   of compensatory damages, I do not find that this

5   assault visited upon him rose to the level of being

6   so egregious as to support a claim for punitive

7   damages, at least as against the unidentified

8   officers that were with him and the ones who

9   inflicted his injury.

10             Finally, although not every item of

11  evidence has been discussed in this opinion/report,

12  all evidence presented to the Special Master was

13  reviewed and considered. I find that the injury

14  inflicted here is actionable. I find that the injury

15  was acute initially; however, no permanency has

16  remained from it other than the presence of a rather

17  modest scar.

18             Accordingly, I recommend in this report

19  that the district court enter an award of

20  compensatory damages in the amount of three thousand

21  five hundred dollars in Mr. Knordle's favor.

22

23

24

25

1           C E R T I F I C A T E

2

3       I, Theresa O. Mastroianni, a Notary Public and

4   Certified Shorthand Reporter of the State of New

5   Jersey, do hereby certify that the foregoing is a

6   true and accurate transcript of the testimony as

7   taken stenographically by and before me at the time,

8   place, and on the date hereinbefore set forth.

9       I DO FURTHER CERTIFY that I am neither a

10  relative nor employee nor attorney nor counsel of any

11  of the parties to this action, and that I am neither

12  a relative nor employee of such attorney or counsel,

13  and that I am not financially interested in the

14  action.

15

16

17

18

19  *Theresa O. Mastroianni*

    Theresa O. Mastroianni, C.S.R.

20  Notary Public, State of New Jersey

    My Commission Expires May 5, 2010

21  Certificate No. XI0857

    Date:  April 29, 2008

22

23

24

25

**A**
acceptable 8:7
accident 10:2
accurate 12:6
act 10:15
action 1:2 12:11 12:14
actionable 8:2,6 8:11 11:3,14
actions 8:18
acute 11:15
Agreement 4:9
al 1:9
allegations 4:13
allegedly 10:17
Amendment 8:17
amount 7:17 8:5 11:20
analyzed 9:22
Answer 6:1,6,15 7:1,7
antagonize 6:7
apologize 8:24
appears 7:15
applicable 4:13
applied 4:10
appropriate 8:8
April 1:15 12:21
area 7:5,11
assault 10:6 11:5
attorney 12:10 12:12
ATTORNEYS 3:5,11
Audubon 2:21
award 10:11 11:19

**B**
back 5:9 7:24
Baker 9:17
based 4:11
basically 9:3 10:2
basis 10:12
baton 6:25 8:4
Bayside 1:5
beatings 9:10
began 4:20
beginning 5:22
behalf 9:25
believe 6:7 7:23 10:3
belts 9:5
bench 4:2
beyond 10:19
BISSELL 1:20 4:1
bit 6:11
bleeding 7:8 10:8
blows 9:10
body 6:19
bottom 7:3
briefly 9:19
burned 9:21
busted 7:7

**C**
C 3:1 12:1,1
calling 5:18
Camden 2:7 3:4
case 4:14 10:18
cells 5:6
certain 7:17
certainly 10:10
Certificate 12:21
Certified 2:3,20 12:4
certify 12:5,9
charges 4:12
chicken 5:8,15 6:18
circumstances 8:5 10:19
Civil 1:2 4:16
claim 11:6
come 5:6
comes 5:12
commencing 2:7
Commission 12:20
compensatory 10:11 11:4,20
complaint 4:4
completely 9:14
comtemplation 10:25
concerned 8:1
conduct 8:2
considered 9:24 11:13
considering 9:16
constitute 4:17 8:14
constitutes 4:3
control 6:19 8:22 9:2
corporal 8:7
counsel 12:10,12
couple 7:20,22
court 1:1 2:4,6 2:20 11:19
credible 9:6,11
C.S.R 12:19

**D**
damages 10:11 10:13 11:4,7 11:20
date 12:8,21
day 9:16
dealt 9:12
decision 4:2,10
Defendants 1:10 3:11
defined 10:22
derogatory 5:18
describes 4:24 5:4
determination 4:4
direction 9:1
directives 4:7
discipline 10:21
discussed 11:11
discussion 5:20
disobeyed 8:2
disobeying 8:6 10:17
district 1:1,1 2:6 11:19
docket 4:5
doing 6:5
dollars 10:12 11:21
downwards 6:2
dropped 5:17 6:23

**E**
E 3:1,1 4:21,22 5:5,23 12:1,1
egregious 11:6
Eighth 8:17
either 8:11
elaborate 10:13
employee 12:10 12:12
enforcement 10:20
enter 11:19
escort 5:7
escorting 5:7,15
ESQUIRE 3:3,8 3:9
ESQUIRES 3:3
et 1:9
events 5:1 8:12
evidence 9:7,22 11:11,12
excessive 8:14 10:24
exercise 10:21
Expires 12:20
extent 4:13 8:16
eye 7:1,4

**F**
F 12:1
face 5:12,13 6:22 9:5
fact 10:18 11:2
facts 4:10
far 7:25 10:18
fashion 8:16
FAUVER 1:9
favor 11:21
February 5:2
felt 6:6
finalized 4:15
Finally 11:10
financially 12:13
find 7:25 8:3,11 8:13 9:6,7 10:10,12 11:4 11:13,14
first 5:23
five 11:21
following 4:3
follows 7:15
force 8:14 10:24
foregoing 12:5
FORMAROLI 2:20
forth 4:11 5:19 8:18 12:8
forward 9:4
frankly 8:4 9:11
FRIDAY 1:15
further 5:20 6:24 12:9

**G**
gauntlet 5:25 6:4,16,22,22 8:13
Gerry 2:6
getting 10:1
given 5:23
go 5:11 6:13
goes 10:19
going 5:21 7:20
GRIEGEL 3:7
ground 5:16 6:2
guard 8:22,23 9:1

| | | | | |
|---|---|---|---|---|
| guards 8:21 | 11:13,14 | level 8:7 11:5 | names 5:18 | 8:16 |
| guiding 4:9 | instance 10:3 | license 2:4 | necessity 10:20 | part 5:1 |
| guy 8:21 | instructions | light 11:1 | neck 7:22,24 | particularly |
| gym 4:22,24 5:7 | 4:12 5:24 8:18 | LINDSAY 3:3,3 | needs 10:20 | 9:15 10:6 |
| 5:7,19 7:14,16 | 10:23 | line 4:24 8:13,22 | negligence 9:25 | parties 12:11 |
| 8:1,13 | intentional 9:23 | 8:23 9:3 | neither 12:9,11 | PC 3:7 |
| | interested 12:13 | literally 8:20 | Nevertheless | penalogical 8:15 |
| **H** | intervening 7:2 | Litigation 1:6 | 10:9 | 10:22 |
| H 1:9 | intimidate 6:8 | Local 4:15 | New 1:1 2:5,7,21 | perfectly 8:3 |
| HAMILTON | issued 4:6 | lockdown 4:20 | 3:4,10 12:4,20 | permanency |
| 3:10 | item 11:10 | long-lasting | Notary 2:5 12:3 | 11:15 |
| handcuffed 5:9 | | 10:6 | 12:20 | picked 5:16,17 |
| happen 7:20 9:8 | **J** | look 5:10,11 | noted 7:11 | Pike 2:21 |
| happened 7:5 | Jersey 1:1 2:5,7 | 6:16 9:4 | number 2:4 4:5 | place 12:8 |
| head 6:1 9:5 | 2:21 3:4,10 | LOUGHRY 3:3 | 9:11 | placed 9:20 |
| heard 9:9 | 12:5,20 | LOZIER 3:9 | | PLAINTIFFS |
| hereinbefore | JOHN 1:20 | | **O** | 3:5 |
| 12:8 | JUDGE 4:1 | **M** | O 2:3 12:3,19 | playing 8:21 |
| hey 9:3 | July 4:21 5:5 | man 8:24 9:2 | occurring 7:14 | Plaza 2:6 |
| HIGHWAY 3:9 | 9:16 | manipulating | officer 5:8,10,11 | point 6:12 |
| hit 5:17 6:25 7:6 | jury 4:11,12 | 10:15 | 5:14 6:13,15 | pointed 6:1 |
| 7:24 | 8:18 10:22 | manner 10:16 | 6:16,17,21 | position 7:16,17 |
| HONORABLE | | marched 4:23 | 9:17,25 | 7:22 |
| 1:20 | **K** | MARK 3:8 | officers 4:22 | presence 7:11 |
| Horse 2:21 | keep 6:1 9:4 | MARKET 3:4 | 11:8 | 11:16 |
| House 2:6 | KENNETH 3:9 | Master 1:6,20 | ones 11:8 | presented 11:12 |
| hundred 10:12 | kind 5:18 | 4:1,8,19 11:12 | open 7:7 | principles 4:9 |
| 11:21 | Knordle 1:7 4:5 | Master's 4:3,8 | opening 4:2 | 11:1 |
| | 4:21,23 10:16 | Mastroianni 2:3 | opinion 1:5 4:16 | Prison 1:5 |
| **I** | 10:25 11:2 | 2:20 12:3,19 | opinion/report | proceedings 2:2 |
| implement 10:4 | Knordle's 4:14 | matter 1:4 2:3 | 4:6 11:11 | 5:2 |
| imposed 10:25 | 11:21 | 8:10 | oral 4:16 | prolonged 11:3 |
| incessant 9:9 | know 7:19 | matters 4:2 | order 4:7,18 8:3 | promptly 10:8 |
| incident 5:21 | | Mejias 4:12 | 8:6 9:4 10:16 | proper 10:20,21 |
| 7:13 8:1,10 | **L** | mentioned 6:12 | 10:17 | PR-24 5:8,12 |
| 9:14,18 | law 4:9 10:20 | minor 10:7,7 | outside 7:4 | 6:18 7:4 |
| incorporated | LAWRENCE | modest 8:5 10:9 | | Public 2:5 12:3 |
| 8:19 10:23 | 3:3 | 11:17 | **P** | 12:20 |
| indicate 9:7,23 | left 6:15 7:4 8:23 | morning 5:4 | P 3:1,1 | punitive 10:13 |
| Indicated 7:10 | 10:7 | move 6:9 | page 5:22 6:11 | 11:6 |
| inflicted 10:5 | legal 11:1 | moved 7:18,19 | 6:24 7:3,15 | purpose 8:15 |
| 11:9,14 | legitimate 10:21 | 7:20 | pages 5:1,21 | 10:22 |
| infliction 9:23 | legs 9:21 | murder 9:17 | pain 9:23 | pursuant 4:7 |
| initially 11:15 | Leslie 1:7 4:4,20 | | painful 9:14 | |
| injuries 10:9 | 4:23 | **N** | paragraph 4:18 | **Q** |
| injury 10:5 11:9 | let's 5:6 6:13 | N 3:1 | paraphrasing | questioning 6:24 |

quick 9:13
quickly 10:1
quote 5:22

**R**
R 3:1 12:1
reason 10:3
reasons 9:12
recall 8:10
recitation 8:17
recommend 10:11 11:18
recoverable 10:10
recovery 11:3
Reference 4:7 4:18
regard 1:4 8:12
regarding 4:4
reiterate 10:15
relative 12:10,12
remain 8:3
remained 11:16
repeated 11:3
report 1:5 4:17 11:18
Reporter 2:4 12:4
Reporting 2:20
required 4:17
resident 4:21
residual 10:7
response 8:7
result 7:3
review 4:15
reviewed 11:13
revisit 9:18
right 5:12,13,16 6:16,17,20,21 9:2
ring 9:15
rose 11:5
ROSELLI 3:7,8
Rule 4:16

**S**

S 3:1
sadistic 8:15 10:24
saying 6:6,7
says 8:23 9:3
scalding 9:21
scar 7:11 10:7 11:17
scarring 7:10
search 4:23
second 7:25
see 5:13
serious 10:6
set 4:11 8:18 12:8
setting 8:21
seven 4:18
Shorthand 12:4
shower 8:10 9:18,20
side 8:23 9:3
sides 6:4
sit 7:16
sitting 7:15
situation 8:20
Skipping 6:11 7:2
SOG 5:5
SOGs 6:4
sorry 5:11 6:17
sort 9:24
South 2:21
Special 1:6,20 4:1,3,8,8,19 11:12
SQUARE 3:10
standards 8:17
standing 6:21 8:2
started 5:17
State 1:5 2:5 3:9 12:4,20
States 1:1 2:6
stenographica... 12:7
stopped 10:8

STREET 3:4
strenuous 7:21
striking 10:18 11:2
struck 7:3 10:17
support 11:6
supposed 9:4

**T**
T 12:1,1
taken 2:3 4:22 5:23 12:7
tell 5:10 6:17
tells 5:10
testified 7:12,13
testimony 7:2,14 8:9 9:6,8,19 12:6
Theresa 2:3 12:3 12:19
thousand 11:20
three 7:23,23 11:20
time 4:2,20 5:13 5:14 7:17 9:9,9 9:12,12 10:14 12:7
times 7:20,23,23 7:24
told 6:12,16 7:16 7:19
torture 10:4
transcript 2:2 4:16 5:2 12:6
trip 5:1
true 12:6
truth 9:15
trying 6:7,8
turn 8:23
turned 6:18,20 9:20
twisted 9:1
two 7:23
type 9:13

**U**

uncomfortable 7:18
underlie 4:10
unidentified 11:7
unit 4:21,22,23 5:5,6,23
United 1:1 2:6
unjustifiable 9:14
unnecessary 10:24
use 8:4,14 10:4

**V**
valid 8:15
Videoconfere... 2:20
violated 9:3
visited 11:5
voluntarily 8:25
vs 1:8

**W**
W 1:20 3:3,9
Walker 4:12
walking 5:24 6:3
want 9:18
wanted 6:9
water 9:20,21
way 4:24 6:19 8:13
well-known 8:3
we're 9:16
White 2:21
WILLIAM 1:9
wing 5:9,15 6:18
written 4:17

**X**
XIO857 12:21

**0**
08-142 1:2 4:5
08102 2:7 3:4
08106 2:21

08690 3:10

**1**
1337 3:9
15th 5:3
167 5:1
168 5:2 7:15
173 5:21,22
175 6:11
176 6:24
177 7:3
181 5:21
1997 4:22

**2**
20 9:10
2008 1:15 5:3 12:21
2010 12:20
25 1:15
251 2:21
29 12:21

**3**
30 9:10
30X100085700 2:4
31st 4:21 5:5 9:16
33 3:9
330 3:4
35 10:11

**4**
40 9:10

**5**
5 12:20
50 9:10
52.1 4:16

**6**
609-586-2257 3:10

**8**
856-546-1100

April 25, 2008

16

2:22
**856-968-9201**
3:5

9
**9:30** 2:7